IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

Ronnie Williams,  
AIS #239426,

    Plaintiff,

vs.                                  CIVIL ACTION 15-436-WS-M

Wanda Lightner, *et. al.*,

    Defendants.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action is hereby DISMISSED without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(g) with regard to Defendants Wanda Lightner and Lieutenant Travis.  Is it further ORDERED that this action be transferred to the Middle District of Alabama with regard to the remaining Defendants.

DONE this 19th day of February, 2016.

                          s/WILLIAM H. STEELE  
                          CHIEF UNITED STATES DISTRICT JUDGE